```
      JEFFRIES ADVOCATES
      ATTORNEY FOR THE PLAINTIFF
         38 CORPORATE PARK, SUITE D
         IRVINE, CA  92714
 1       714-474-2055
      Attorneys for the Plaintiff
 2
```


              UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA

   UNITED STATES OF AMERICA,        COURT NO: 92 A 20779
              Plaintiff,

         v.                         DEFAULT JUDGMENT

   LINDA HUBBARD
   A/K/A LINDA SHAMSID-DEEN

              Defendant(s).
   _____/



   In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

   IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from LINDA HUBBARD

   the sum of $2,714.51 as principal, $1,115.99 as accrued prejudgment interest, $155.50 administrative charges, and $58.50 costs, plus $471.00 attorney fees for a total amount of $4,515.50, plus interest at the current rate until entry of judgment.

   Judgment to accrue interest at the legal rate until paid.

   DATED:   AUG 2 7 1992

                                LEONARD A. BROSNAN, CLERK
                                U.S. District Court
                                Central District of California

                                By: _____
                                       Deputy Clerk

